# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**VICTOR ARIZA,**

    Plaintiff,

**vs.**                        CASE NO. 6:24-cv-00664-GAP-DCI

**NONA ADVENTURE PARK, LLC,**
a Florida limited liability company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

    Dated: May 20, 2024.

**RODERICK V. HANNAH, ESQ., P.A.**
Lead Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL 33351-7919
T. 954/362-3800
954/362-3779 (Facsimile)
Email: rhannah@rhannahlaw.com

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email duranandassociates@gmail.com

2

By  *s/ Roderick V. Hannah*          By   *s/ Pelayo M. Duran*
    RODERICK V. HANNAH       PELAYO M. DURAN
    Fla. Bar No. 435384              Fla. Bar No. 0146595

**ZIMMERMAN, KISER &SUTCLIFFE, P.A.**
Counsel for Defendant
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL 32802
T. 407/425-7010
407/425-2747 (Facsimile)
Email: shudson@zkslaw.com

By   */s/ J. Scott Hudson*
    J. SCOTT HUDSON
    Fla. Bar No.: 725137